Martine P. Gooden, pro se.

---

THE STATE OF OHIO, APPELLEE, *v.* MONTOYA, APPELLANT.

[Cite as *State v. Montoya,* 138 Ohio St.3d 345, 2014-Ohio-848.]

(No. 2013–1344—Submitted February 26, 2013—Decided March 13, 2014.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Miranda,* 138 Ohio St.3d 184, 2014-Ohio-451, 5 N.E.3d 603.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

---

Vincent Faris, Clermont County Prosecuting Attorney, and Judith Brant, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Peter Galyardt, Assistant Public Defender, for appellant.